

USA NO. 1999Z00836

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0153 |
| **BARBARA A. SEALS** | * | SECTION: "S" (1) |

\* \* \*

## MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Barbara A. Seals due to her failure to plead or otherwise defend as set forth below.

1. On March 13, 2000, the defendant was served with a summons and copy of the complaint.

2. More than 20 days have elapsed since the defendant was served, and the defendant has not filed an answer or other responsive pleading.

DATE OF ENTRY

APR 1 3 2000



Accordingly, a default should be entered against Barbara A. Seals due to her failure to plead or otherwise defend.

    Respectfully submitted,

    EDDIE J. JORDAN, JR.
    UNITED STATES ATTORNEY

    _____
    ENEID A. FRANCIS
    Assistant United States Attorney
    Bar Roll No. 5816
    Hale Boggs Federal Building
    501 Magazine Street, 2nd Floor
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-00153 |
| **BARBARA A. SEALS** | * | SECTION: "S" (1) |

* * *

<u>O R D E R</u>

IT IS HEREBY ORDERED that a default be entered against Barbara A. Seals to her failure to plead or otherwise defend.

New Orleans, Louisiana, this 13th day of April, 2000.

LORETTA G. WHYTE
_____
CLERK, UNITED STATES DISTRICT COURT

LORETTA G. WHYTE, Clerk
By _____
Deputy Clerk