U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED **APR 13 2000**
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0153 |
| **BARBARA A. SEALS** | * | SECTION: "S" (1) |
| | * * * | |

### J U D G M E N T

Defendant, Barbara A. Seals, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Barbara A. Seals according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Barbara A. Seals in the sum of $4,992.49, plus interest accruing on the principal amount at the rate of 8 percent annum or the daily rate of $0.59 from November 10, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this __13__ day of __April__, 2000.

LORETTA G. WHYTE
_____
CLERK, UNITED STATES DISTRICT COURT

LORETTA G. WHYTE, Clerk
By_____
Deputy Clerk

DATE OF ENTRY
APR 1 3 2000