



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

SEP 27 2000

2000 SEP 27  PM 3: 16

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**September 27, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0153** |
| **BARBARA A. SEALS** | * | **SECTION: "S"** |

### HEARING ON MOTIONS

APPEARANCE(S): Ms. Kandace Zelaya, Assistant United States Attorney for the Government

MOTION(S):

(1)    MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Assistant United States Attorney Kandace Zelaya appeared before the court on the above captioned motion. However, the judgment debtor failed to appear. The record reveals that the judgment debtor, Barbara A. Seals, was personally served the motion and order to examine the judgment debtor by a deputy of the United States Marshals Service. Therein, the judgment debtor was ordered to appear on September 27, 2000, at 11:00 a.m. in Room 407 of the Hale Boggs Federal Building. The government, therefore, indicated that it will prepare and submit a motion for issuance of a writ of capias for the arrest of Barbara A. Seals for failure to appear at the scheduled judgment debtor examination.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
SEP 2 7 2000

