```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2000 OCT -2  AM 10: 27

                 LORETTA G. WHYTE
                      CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**October 2, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0153 |
| BARBARA A. SEALS | * | SECTION: "S" |

### HEARING ON MOTIONS

APPEARANCE(S): VIA TELEPHONE: Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The judgment debtor was sworn before the court. Thereafter, Ms. Seals was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Alice Jefferson, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

The Government indicated that it will not pursue the writ of capias.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
OCT 0 2 2000

___Fee___
___Process___
X  Dktd
___CtRmDep
Doc.No. 13